# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | CASE NO. |
|---|---|
| BERTHA MAE JONES, | CHAPTER 7 |
| Debtor. | |

## UNSWORN DECLARATION REGARDING PAY ADVICES

☐  I, **Bertha Mae Jones**, do hereby declare under the penalty of perjury that I did not receive pay advices or other evidence of payment from an employer during the time period extending from _____, 20____, through _____, 20____, inclusive.

☑  I, **Bertha Mae Jones**, do hereby declare under the penalty of perjury that I did not receive any wages or pay from an employer during the 60 days immediately prior to the date of the filing of the petition in the instant case.

Dated: <u>1/16/2021</u>

Signed: _____*Bertha M Jones*_____
Bertha Mae Jones

**STATE STREET**

Federal Reserve Benefits Center
Attn: FRS Benefits Processing Team
P. O. Box 7109
Rantoul, IL 61866-7109

AB 01 012270 58301 B 35 B

TO CHANGE YOUR PERSONAL INFORMATION, PLEASE CALL THE FEDERAL RESERVE BENEFITS CENTER AT 1-877-377-2255 (8AM - 6PM ET M - F) OR LOGON TO YOUR ACCOUNT AT WWW.FEDERALRESERVEBENEFITS.ORG AND UPDATE YOUR PROFILE.
WRITTEN CHANGES WILL NOT BE ACCEPTED.

BERTHA J JONES
4150 MEDLOCK PARK DR
SNELLVILLE GA 30039

| ACCOUNT ID | FRS-RET-BK | | | |
|---|---|---|---|---|
| PLAN NAME | FEDERAL RESERVE SYSTEM EMPLOYEES RETIREMENT PLAN | CRP13 AY001 | PERIOD BEGINNING: | |
| | | | PERIOD ENDING: | |

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| DECEMBER 31, 2020 | | ***-**-**** | 816.53 |

### PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| RET BANK | 988.74 | 11,864.88 | FED TAX | 67.21 | 806.52 |
| | | | MEDICAL | 50.00 | 600.00 |
| | | | DENTAL | 55.00 | 660.00 |
| **GROSS PAYMENT** | **988.74** | **11,864.88** | **TOTAL DEDUCTIONS** | **172.21** | **2,066.52** |

GO GREEN AND GET YOUR MONEY FASTER WITH DIRECT DEPOSIT. CALL THE FEDERAL RESERVE BENEFITS CENTER TODAY TO ENROLL.

| DATE | 12/31/2020 | PLAN NAME | FEDERAL RESERVE SYSTEM EMPLOYEES RETIREMENT PLAN |
|---|---|---|---|

EIGHT HUNDRED SIXTEEN DOLLARS 53 CENTS

**BERTHA J JONES**
4150 MEDLOCK PARK DR
SNELLVILLE GA 30039

| AMOUNT |
|---|
| $*******816.53 |

831.53

ACCOUNT ID    FRS-RET-BK



**STATE STREET**
BOSTON, MASSACHUSETTS 02101

## ADVICE OF DEPOSIT NON-NEGOTIABLE